SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
KYU HWA BACK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYU HWA BACK,<br><br>            Plaintiff,<br>    vs.<br><br>DAN QUAN, AS TRUSTEE OF THE QUAN TRUST; and DOES 1 to 10,<br><br>            Defendants. | Case No.: 2:22-cv-01789-MCS-GJS<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

   Notice is hereby given that Plaintiff KYU HWA BACK ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Plaintiff shall file the dispositional documents within thirty (30) days from the date of filing of this Notice of Settlement in order to afford the Parties time to complete the settlement.

Dated:  June 24, 2022                    SO. CAL. EQUAL ACCESS GROUP


                                         By:   _/s/ Jason J. Kim_____
                                               Jason J. Kim, Esq.
                                               Attorneys for Plaintiff